UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paola D. Vera, Esq.
Cabanillas & Associates, PC
120 Bloomingdale Rd. 400
White Plains, NY 10605

Order Filed on October 3, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Fausto A. Vinan

| | |
|---|---|
| Case Number: | 18-13212 |
| Hearing Date: | 9/27/2018 |
| Judge: | JRS |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

      This matter having been presented to the Court by __Debtor's Counsel Paola D. Vera__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

      ORDERED that:

      The automatic stay as to __169 Chestnut St. Newark NJ__ is reinstated effective the date of this order.

*rev.7/12/16*