Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER 7, 2022

**Chapter 13 Case # 18-13212**

Re:   FAUSTO A VINAN  
169-171 CHESTNUT STREET  
NEWARK, NJ  07105

Atty:   CABANILLAS & ASSOCIATES, PC  
120 BLOOMINGDALE ROAD  
SUITE 400  
WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/07/2018 | $2,000.00 | 1489807773 | 04/03/2018 | $2,000.00 | 1489807901 |
| 05/10/2018 | $2,000.00 | 1489808034 | 06/06/2018 | $2,000.00 | 1489808169 |
| 07/09/2018 | $2,000.00 | 1489808307 | 08/07/2018 | $2,000.00 | 1489808452 |
| 09/10/2018 | $2,130.00 | 1489808594 | 10/10/2018 | $2,130.00 | 1489808718 |
| 11/07/2018 | $2,130.00 | 1514206685 | 12/12/2018 | $2,130.00 | 1486707658 |
| 01/08/2019 | $2,130.00 | 1486707771 | 02/08/2019 | $2,130.00 | 1486707877 |
| 03/12/2019 | $2,130.00 | 1486707999 | 04/09/2019 | $2,130.00 | 1486708131 |
| 05/13/2019 | $2,130.00 | 1486708278 | 06/11/2019 | $2,130.00 | 1486708460 |
| 07/16/2019 | $2,130.00 | 1486708569 | 08/09/2019 | $2,130.00 | 1486708711 |
| 09/18/2019 | $2,130.00 | 1514411805 | 10/22/2019 | $2,130.00 | 1514412025 |
| 11/27/2019 | $2,130.00 | 1486709163 | 12/24/2019 | $2,130.00 | 1514412303 |
| 01/21/2020 | $2,130.00 | 1514412496 | 02/26/2020 | $2,130.00 | 1486709518 |
| 03/24/2020 | $2,130.00 | 1486709632 | 05/26/2020 | $4,260.00 | 1475405900 |
| 07/20/2020 | $4,260.00 | 1489810699 | 09/08/2020 | $2,130.00 | 1665000011 |
| 10/06/2020 | $2,130.00 | 1489811220 | 11/03/2020 | $2,130.00 | 1489811315 |
| 11/16/2020 | $2,130.00 | 1489811408 | 12/10/2020 | $2,130.00 | 7298051000 |
| 01/08/2021 | $2,130.00 | 7366556000 | 02/11/2021 | $2,130.00 | 7447800000 |
| 03/12/2021 | $2,130.00 | 7519653000 | 04/09/2021 | $2,130.00 | 7590667000 |
| 05/07/2021 | $2,130.00 | 7658046000 | 06/11/2021 | $2,130.00 | 7736659000 |
| 07/08/2021 | $2,130.00 | 7798693000 | 08/12/2021 | $2,130.00 | 7875300000 |
| 09/02/2021 | $2,130.00 | 7921942000 | 10/12/2021 | $2,130.00 | 8007596000 |
| 11/15/2021 | $2,130.00 | 8078525000 | 12/15/2021 | $2,130.00 | 8147970000 |
| 01/05/2022 | $2,130.00 | 8192918000 | 02/11/2022 | $2,130.00 | 8270761000 |
| 03/08/2022 | $2,130.00 | 8328174000 | 04/11/2022 | $2,130.00 | 8396527000 |
| 05/06/2022 | $2,130.00 | 8453628000 | 06/02/2022 | $2,130.00 | 8503864000 |
| 07/08/2022 | $2,130.00 | 8576823000 | 08/09/2022 | $2,130.00 | 8639915000 |
| 09/12/2022 | $2,130.00 | 8703050000 | 10/11/2022 | $2,130.00 | 8759780000 |
| 11/07/2022 | $2,130.00 | 8812032000 | | | |

**Total Receipts: $120,630.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $120,630.00**

**Chapter 13 Case # 18-13212**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,671.98 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 3,699.03 | 100.00% | 2,536.65 | 1,162.38 |
| 0002 | US BANK TRUST NATIONAL ASSOCIATIO | MORTGAGE ARRE | 109,408.52 | 100.00% | 109,408.52 | 0.00 |
| 0003 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | WELLS FARGO OPERATIONS CENTER | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | WELLS FARGO BANK, N.A. | MTG SURRENDER | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | ESSEX COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CARMEN MAYO | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $118,617.15**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 10/17/2022 | $523.80 | 899189 | 11/14/2022 | $2,012.85 | 900765 |
| US BANK TRUST NATIONAL ASSOCIATION | | | | | | |
| | 10/22/2018 | $13,456.10 | 811283 | 11/19/2018 | $2,008.59 | 813240 |
| | 12/17/2018 | $2,008.59 | 815118 | 01/14/2019 | $2,008.59 | 817046 |
| | 02/11/2019 | $2,008.59 | 818936 | 03/18/2019 | $2,008.59 | 820867 |
| | 04/15/2019 | $2,008.59 | 822902 | 05/20/2019 | $2,008.59 | 824863 |
| | 06/17/2019 | $2,044.80 | 826931 | 07/15/2019 | $2,044.80 | 828794 |
| | 08/19/2019 | $2,044.80 | 830675 | 09/16/2019 | $2,044.80 | 832750 |
| | 10/21/2019 | $2,098.05 | 834713 | 11/18/2019 | $2,019.24 | 836825 |
| | 12/16/2019 | $2,019.24 | 838765 | 01/13/2020 | $2,019.24 | 840649 |
| | 02/10/2020 | $2,019.24 | 842528 | 03/16/2020 | $2,019.24 | 844396 |
| | 04/20/2020 | $2,019.24 | 846348 | 06/15/2020 | $3,834.00 | 849999 |
| | 08/17/2020 | $3,940.50 | 853638 | 10/19/2020 | $1,970.25 | 857328 |
| | 11/16/2020 | $1,970.25 | 859121 | 12/21/2020 | $3,940.50 | 860887 |
| | 01/11/2021 | $1,970.25 | 862785 | 02/22/2021 | $1,970.25 | 864314 |
| | 03/15/2021 | $1,970.25 | 866291 | 04/19/2021 | $1,970.25 | 867852 |
| | 05/17/2021 | $1,970.25 | 869806 | 06/21/2021 | $2,002.20 | 871565 |
| | 07/19/2021 | $2,002.20 | 873425 | 08/16/2021 | $2,002.20 | 875115 |
| | 09/20/2021 | $2,002.20 | 876834 | 10/18/2021 | $2,002.20 | 878631 |
| | 11/17/2021 | $2,023.50 | 880342 | 01/10/2022 | $2,023.50 | 883636 |
| | 02/14/2022 | $4,047.00 | 885305 | 03/14/2022 | $2,023.50 | 887040 |
| | 04/18/2022 | $2,055.45 | 888694 | 05/16/2022 | $2,055.45 | 890466 |
| | 06/20/2022 | $2,055.45 | 892119 | 07/18/2022 | $2,055.45 | 893882 |
| | 08/15/2022 | $2,055.45 | 895452 | 09/19/2022 | $2,055.45 | 897021 |
| | 10/17/2022 | $1,531.65 | 898723 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: December 07, 2022.

Receipts: $120,630.00    -    Paid to Claims: $111,945.17    -    Admin Costs Paid: $6,671.98    =    Funds on Hand: $2,012.85

Unpaid Balance to Claims: $1,162.38    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($850.47)

**Chapter 13 Case # 18-13212**

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.